United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Michael Tanner,<br><br>    Plaintiff,<br>  v.<br><br>O'Connor Hospital, et al.,<br><br>    Defendants.<br>_____ / | NO. C 06-04983 JW<br><br>**ORDER VACATING HEARING ON PLAINTIFF'S MOTION TO REMAND** |

The Court finds it appropriate to take Plaintiff's Motion to Remand under submission without oral arguments. See Civ. L. R. 7-1(b). Accordingly, the hearing presently scheduled for October 30, 2006 is VACATED.

Dated: October 25, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam J. Fiss afiss@littler.com
Kendra Megan Forsythe kforsythe@thelenreid.com
Neda N. DalCielo ndalcielo@littler.com
Seth L. Neulight sneulight@thelenreid.com
Stanley G. Hilton FROG727@AOL.COM

| | |
|---|---|
| **Dated: October 25, 2006** | **Richard W. Wieking, Clerk** |
| | **By:  /s/ JW Chambers** |
| | **Elizabeth Garcia** |
| | **Courtroom Deputy** |

**United States District Court**
For the Northern District of California