IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Michael Tanner, | NO. C 06-04983 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| O'Connor Hospital, et al., | |
| Defendants. | |

Pursuant to the Court's November 28, 2006 Order dismissing in part Plaintiff's Complaint with prejudice and granting Plaintiff's motion to remand, judgment is entered in favor of Defendants O'Connor Hospital, Kaiser Foundation Hospitals, Leonida Gravidez, Michael Wharton, and the City of San Jose Police Department and against Plaintiff Michael Tanner with respect to his Fourth Claim for Breach of Contract, Fifth Claim for Breach of Implied Covenant of Good Faith and Fair Dealing, and Sixth Claim for Fraud. The remainder of Plaintiff's claims are remanded to the Superior Court of Santa Clara.

The Clerk shall close this file.

Dated: November 28, 2006

JAMES WARE
United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam J. Fiss afiss@littler.com
Deborah J. Broyles djbroyles@thelenreid.com
Kendra Megan Forsythe kforsythe@thelenreid.com
Neda N. DalCielo ndalcielo@littler.com
Seth L. Neulight sneulight@thelenreid.com
Stanley G. Hilton FROG727@AOL.COM

**Dated:  November 28, 2006**                          **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
        **Elizabeth Garcia**
        **Courtroom Deputy**